UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:19-cv-01049-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2, 4, 5) |

　　　　In this action plaintiff Nicole Jones, proceeding with counsel, seeks judicial review of the Commissioner of Social Security's final decision denying her application for benefits under the Social Security Act. (Doc. No. 1.) The motion currently pending before the court is an application to proceed *in forma pauperis*, which was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 3, 2019, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* be denied. (Doc. No. 5.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were due fourteen (14) days from the date of service. (*Id.* at 3.) No objections to those findings and recommendations have been filed and the time in which to do so has now passed.

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. |

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 15, 2019 (Doc. No. 5) are adopted in full;
2. Plaintiff's motions to proceed *in forma pauperis* is denied (Doc. Nos. 2, 4);
3. Within thirty (30) days from the date of service of this order, plaintiff is required to pay in full the $400.00 filing fee for this action
4. Plaintiff is notified that failure to pay the filing fee in compliance with this order will result in the dismissal of this action without prejudice to refiling upon prepayment of the filing fee; and
5. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **October 22, 2019**

UNITED STATES DISTRICT JUDGE