# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01049-SAB<br><br>ORDER VACATING NOVEMBER 27, 2019 FINDINGS AND RECOMMENDATIONS AND GRANTING EXTENSION OF TIME TO PAY FILING FEE<br><br>(ECF Nos. 9, 10)<br><br>FOURTEEN DAY DEADLINE |

On July 31, 2019, Nicole Jones ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying her application for benefits under the Social Security Act. (ECF No. 1.) On October 23, 2019, an order issued denying Plaintiff's application to proceed without prepayment of fees and requiring that the filing fee be paid within thirty days. (ECF No. 8.) The filing fee was not paid and on November 27, 2019 findings and recommendations issued recommending dismissing this action for failure to pay the filing fee. (ECF No. 9.) On December 4, 2019, objections to the findings and recommendations were filed stating that the failure to pay the filing fee was due to an error calendaring the deadline and requesting an extension of time to pay the filing fee. (ECF No. 10.)

Based on the objections that were filed, the Court shall vacate the November 27, 2019 findings and recommendations and grant Plaintiff an extension of time to pay the filing fee.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed November 27, 2019, (ECF No. 9) is VACATED;
2. Plaintiff SHALL PAY the filing fee of four hundred dollars ($400.00) in full within fourteen days of the date of entry of this order; and
3. Plaintiff is advised that failure to pay the filing fee in compliance with this order will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **December 5, 2019**

UNITED STATES MAGISTRATE JUDGE