UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE DAWN JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01049-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 19) |

On May 11, 2020, the parties filed a stipulation for an extension of time for Plaintiff to serve her letter brief on Defendant. The Court finds good cause exists to grant the stipulation, and the scheduling order is modified as follows:

1. Plaintiff's confidential letter brief shall be served on or before **June 10, 2020;**
2. Commissioner's confidential letter brief shall be served on or before **July 10, 2020**;
3. Any stipulation to remand the case shall be filed on or before **July 24, 2020**;
4. Plaintiff's opening brief shall be filed on or before **August 24, 2020**;
5. Commissioner's responsive brief shall be filed on or before **September 25, 2020;**
6. Plaintiff may file a reply brief on or before **October 15, 2020;** and
7. All other aspects of the December 6, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **May 11, 2020**

UNITED STATES MAGISTRATE JUDGE

1