# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01049-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 33) |

Nicole Jones ("Plaintiff") filed the complaint in this action on July 31, 2019. (ECF No. 1.) On February 4, 2021, the Court granted Plaintiff's social security appeal, entered judgment in favor of Plaintiff, and remanded the action for further proceedings. (ECF Nos. 31, 32.) On April 27, 2021, the parties filed a stipulation for the award of attorney fees in the amount of $6,400.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (ECF No. 33.)

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees pursuant to the EAJA in the amount of $6,400.00.

IT IS SO ORDERED.

Dated: **April 27, 2021**

UNITED STATES MAGISTRATE JUDGE